USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMON JAQUEZ, *Individually, and On Behalf of All Others Similarly Situated*, :
:
: Plaintiff, : 1:22-cv-5469-GHW
:
-v - : ORDER
:
BING SURFBOARDS, :
:
Defendant. :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than September 1, 2022. Dkt. No. 5. The Court has received the parties' joint letter and proposed Case Management Plan via ECF, however the parties have not submitted the Case Management Plan by email as directed. The parties are directed to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than September 7, 2022.

SO ORDERED.

Dated: September 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge